# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case  No. 09-22839-DRC |
| | § | |
| JOHN SULLIVAN | § | |
| BETH SULLIVAN | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter <u>7</u> of the United States Bankruptcy Code was filed on <u>06/23/2009</u>.  The undersigned trustee was appointed on <u>06/23/2009</u>.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $47,039.39

      Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $1,892.38 |
| Bank service fees | $1,284.23 |
| Other Payments to creditors | $0.00 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| | |
| Leaving a balance on hand of[1] | $43,862.78 |

      The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

6.  The deadline for filing non-governmental claims in this case was <u>11/09/2009</u> and the deadline for filing government claims was <u>11/09/2009</u>. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is <u>$5,453.94</u>.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received <u>$0.00</u> as interim compensation and now requests the sum of <u>$5,453.94</u>, for a total compensation of <u>$5,453.94</u>[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of <u>$0.00</u>, and now requests reimbursement for expenses of <u>$0.00,</u> for total expenses of <u>$0.00</u>.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: <u>01/08/2013</u>                     By:   <u>/s/ David E. Grochocinski</u>
                                                  Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   1        Exhibit A

| Case No.: | 09-22839-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | SULLIVAN, JOHN AND SULLIVAN, BETH | Date Filed (f) or Converted (c): | 06/23/2009 (f) |
| For the Period Ending: | 1/8/2013 | §341(a) Meeting Date: | 08/04/2009 |
| | | Claims Bar Date: | 11/09/2009 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | WINFIELD, IL | $380,000.00 | $0.00 | | $0.00 | FA |
| 2 | RENTAL SYSTEMS (u) | $2,800.00 | $0.00 | | $0.00 | FA |
| 3 | CHECKING (u) | Unknown | Unknown | | $0.00 | FA |
| 4 | FURNITURE | $3,000.00 | $0.00 | | $0.00 | FA |
| 5 | WEARING APPAREL | $500.00 | $0.00 | | $0.00 | FA |
| 6 | 2001 FORD, 2008 TOYOTA, 2007 YAMAHA, ETC. | $65,000.00 | $65,000.00 | | $0.00 | FA |
| 7 | TOOLS | $3,000.00 | $0.00 | | $0.00 | FA |
| 8 | TERM POLICIES | $0.00 | $0.00 | | $0.00 | FA |
| 9 | PUTNAM IRA | $3,860.00 | $0.00 | | $0.00 | FA |
| 10 | TEACHERS RETIREMENT SYSTEM 403B | $26,192.00 | $0.00 | | $0.00 | FA |
| 11 | SULLIVAN TOOLING | Unknown | $17,000.00 | | $17,572.45 | FA |
| 12 | RECEIVABLES | $116,303.00 | $116,303.00 | | $0.00 | FA |
| 13 | POSSIBLE CAUSE AGAINST FLOWLINE | Unknown | Unknown | | $0.00 | FA |
| 14 | 2006 GTO | $16,250.00 | $0.00 | | $102.50 | FA |
| 15 | 2005 HARLEY DAVIDSON | $12,000.00 | $3,400.00 | | $0.00 | FA |
| 16 | 2001 FORD EXCURSION | $6,350.00 | $0.00 | | $0.00 | FA |
| 17 | 2006 TOYOTA LEXUS | $18,000.00 | $0.00 | | $0.00 | FA |
| 18 | 2007 YAMAHA FX NITRO | $4,000.00 | $0.00 | | $0.00 | FA |
| 19 | 600 YMAHA RR MOTORCYCLE | $4,000.00 | $0.00 | | $0.00 | FA |
| 20 | 2008 TOYOTA TUNDRA | $14,550.00 | $0.00 | | $0.00 | FA |
| 21 | MOTORCYCLE TRAILER | $4,000.00 | $0.00 | | $0.00 | FA |
| 22 | 2005 HONDA CR 250 | $2,000.00 | $0.00 | | $0.00 | FA |
| 23 | 2005 SUZUKI 250 F | $3,000.00 | $0.00 | | $0.00 | FA |
| 24 | 2006 CHEVY SILVERADO | $10,000.00 | $0.00 | | $0.00 | FA |
| 25 | 2008 FORD MUSTANG | $18,000.00 | $0.00 | | $0.00 | FA |
| 26 | OFFICE EQUIPMENT | $1,000.00 | $1,000.00 | | $0.00 | FA |
| 27 | 2006 MAKINO MACHINERY | $169,000.00 | $0.00 | | $0.00 | FA |
| 28 | 2009 EDM MACHINER | $30,000.00 | $0.00 | | $0.00 | FA |
| 29 | 2007 HUERKO MACHINERY | $30,000.00 | $0.00 | | $0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No:   2      Exhibit A

| Case No.: | 09-22839-DRC | | Trustee Name: | David E. Grochocinski |
| Case Name: | SULLIVAN, JOHN AND SULLIVAN, BETH | | Date Filed (f) or Converted (c): | 06/23/2009 (f) |
| For the Period Ending: | 1/8/2013 | | §341(a) Meeting Date: | 08/04/2009 |
| | | | Claims Bar Date: | 11/09/2009 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 30 | 2005 ACE GRINDERS | $5,000.00 | $0.00 | | $0.00 | FA |
| 31 | 1996 HAAS VM3 MACHINERY (u) | $30,000.00 | $30,000.00 | | $20,353.34 | FA |
| 32 | LEASE OF SULLIVAN TOOLING ASSETS (u) | $15,000.00 | $15,000.00 | | $9,000.00 | FA |
| 33 | CASH ON HAND | $100.00 | $0.00 | | $0.00 | FA |
| INT | Interest Earned (u) | Unknown | Unknown | | $11.10 | Unknown |

| TOTALS (Excluding unknown value) | | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| | | $992,905.00 | $247,703.00 | | $47,039.39 | $0.00 |

Major Activities affecting case closing:
   ORDER ENTERED AUTHORIZING OPERATION OF BUSINESS AND LEASE TO THE DEBTOR'; DEBTOR TO MAKE OFFER FOR SALE OF ASSETS NO LATER THAN
2/28/10 OR ASSETS TO BE LIQUIDATED; POSSIBLE LAWSUIT VS PETITION PREPARER; DEBTOR MAKING RENT PAYMENTS OF $3,000 PER MONTH;
SETTLEMENT PENDING REGARDING VALUE OF BUSINESS ASSETS; PAYMENTS BEING MADE; PAYMENT COMPLETE; WAITING ON FINAL TAX RETURNS

| Initial Projected Date Of Final Report (TFR): | 06/30/2012 | Current Projected Date Of Final Report (TFR): | 06/30/2013 | /s/ DAVID E. GROCHOCINSKI |
| | | | | DAVID E. GROCHOCINSKI |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-22839-DRC | | Trustee Name: | David E. Grochocinski |
| Case Name: | SULLIVAN, JOHN AND SULLIVAN, BETH | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******6265 | | Money Market Acct #: | ******0265 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 6/23/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/8/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/06/2010 | | Wire in from JPMorgan Chase Bank, N.A. account ********0265 | Wire in from JPMorgan Chase Bank, N.A. account ********0265 | 9999-000 | $9,000.85 | | $9,000.85 |
| 04/13/2010 | (31) | MICHAEL BLOOMFIELD | PURCHASE OF TOOLING | 1210-000 | $20,353.34 | | $29,354.19 |
| 04/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | $0.78 | | $29,354.97 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | $1.24 | | $29,356.21 |
| 06/14/2010 | (14) | FIFTH THIRD BANK | EXCESS PAYOFF AFTER SALE OF 2006 PONTIAC GTO | 1129-000 | $102.50 | | $29,458.71 |
| 06/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | $1.21 | | $29,459.92 |
| 07/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | $1.25 | | $29,461.17 |
| 08/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | $1.25 | | $29,462.42 |
| 09/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.24 | | $29,462.66 |
| 10/29/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.25 | | $29,462.91 |
| 11/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.24 | | $29,463.15 |
| 12/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.25 | | $29,463.40 |
| 01/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.25 | | $29,463.65 |
| 02/15/2011 | 11001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #09-22839, Bond#016026455 | 2300-000 | | $19.41 | $29,444.24 |
| 02/28/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.22 | | $29,444.46 |
| 03/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.25 | | $29,444.71 |
| 04/14/2011 | (11) | SULLIVAN TOOL & REPAIR INC. | SETTLEMENT PAYMENT | 1129-000 | $1,000.00 | | $30,444.71 |
| 04/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.24 | | $30,444.95 |
| 05/05/2011 | (11) | SULLIVAN TOOL & REPAIR INC. | SETTLEMENT PAYMENT | 1129-000 | $1,035.75 | | $31,480.70 |
| 05/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.26 | | $31,480.96 |
| 06/06/2011 | (11) | SULLIVAN TOOL & REPAIR INC | SETTLEMENT PAYMENT | 1129-000 | $1,035.78 | | $32,516.74 |
| 06/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.26 | | $32,517.00 |
| 07/05/2011 | (11) | SULLIVAN TOOL & REPAIR INC. | SETTLEMENT PAYMENT | 1129-000 | $1,035.78 | | $33,552.78 |
| 07/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.28 | | $33,553.06 |
| | | | **SUBTOTALS** | | $33,572.47 | $19.41 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 09-22839-DRC | |
| **Case Name:** | SULLIVAN, JOHN AND SULLIVAN, BETH | |
| **Primary Taxpayer ID #:** | ******6265 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 6/23/2009 | |
| **For Period Ending:** | 1/8/2013 | |

| | |
|---|---|
| **Trustee Name:** | David E. Grochocinski |
| **Bank Name:** | The Bank of New York Mellon |
| **Money Market Acct #:** | ******0265 |
| **Account Title:** | Money Market Account |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 08/01/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $63.92 | $33,489.14 |
| 08/04/2011 | (11) | JOHN & BETH SULLIVAN | SETTLEMENT PAYMENT | 1129-000 | $1,035.78 | | $34,524.92 |
| 08/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | $0.28 | | $34,525.20 |
| 08/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $79.85 | $34,445.35 |
| 09/02/2011 | (11) | JOHN SULLIVAN | SETTLEMENT PAYMENT | 1129-000 | $1,035.78 | | $35,481.13 |
| 09/26/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | ($2.30) | $35,483.43 |
| 09/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | $0.28 | | $35,483.71 |
| 09/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $72.48 | $35,411.23 |
| 10/05/2011 | (11) | JOHN P SULLIVAN | SETTLEMENT PAYMENT | 1129-000 | $1,035.78 | | $36,447.01 |
| 10/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | $0.29 | | $36,447.30 |
| 10/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $71.97 | $36,375.33 |
| 11/04/2011 | (11) | JOHN SULLIVAN | SETTLEMENT PAYMENT | 1129-000 | $1,035.78 | | $37,411.11 |
| 11/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | $0.30 | | $37,411.41 |
| 11/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $81.36 | $37,330.05 |
| 12/05/2011 | (11) | JOHN SULLIVAN | SETTLEMENT PAYMENT | 1129-000 | $1,035.78 | | $38,365.83 |
| 12/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | $0.31 | | $38,366.14 |
| 12/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $78.40 | $38,287.74 |
| 01/05/2012 | (11) | JOHN SULLIVAN | SETTLEMENT PAYMENT | 1129-000 | $1,035.78 | | $39,323.52 |
| 01/31/2012 | (INT) | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | $0.32 | | $39,323.84 |
| 01/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $85.47 | $39,238.37 |
| 02/02/2012 | (11) | JOHN SULLIVAN | SETTLEMENT PAYMENT | 1129-000 | $1,035.78 | | $40,274.15 |
| 02/07/2012 | | Green Bank | Transfer Funds | 9999-000 | | $40,274.15 | $0.00 |
| | | | **SUBTOTALS** | | $7,252.24 | $40,805.30 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 09-22839-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | SULLIVAN, JOHN AND SULLIVAN, BETH | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******6265 | Money Market Acct #: | ******0265 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 6/23/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/8/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $40,824.71 | $40,824.71 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $9,000.85 | $40,274.15 | |
| | | | **Subtotal** | | $31,823.86 | $550.56 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $31,823.86 | $550.56 | |

| For the period of 6/23/2009 to 1/8/2013 | | For the entire history of the account between 04/06/2010 to 1/8/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $31,823.86 | Total Compensable Receipts: | $31,823.86 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $31,823.86 | Total Comp/Non Comp Receipts: | $31,823.86 |
| Total Internal/Transfer Receipts: | $9,000.85 | Total Internal/Transfer Receipts: | $9,000.85 |
| | | | |
| Total Compensable Disbursements: | $550.56 | Total Compensable Disbursements: | $550.56 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $550.56 | Total Comp/Non Comp Disbursements: | $550.56 |
| Total Internal/Transfer Disbursements: | $40,274.15 | Total Internal/Transfer Disbursements: | $40,274.15 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 09-22839-DRC | |
| Case Name: | SULLIVAN, JOHN AND SULLIVAN, BETH | |
| Primary Taxpayer ID #: | ******6265 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 6/23/2009 | |
| For Period Ending: | 1/8/2013 | |

| | |
|---|---|
| Trustee Name: | David E. Grochocinski |
| Bank Name: | The Bank of New York Mellon |
| Checking Acct #: | ******0266 |
| Account Title: | Checking Account |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $0.00 | $0.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $0.00 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $0.00 | |

**For the period of  6/23/2009 to 1/8/2013**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 04/06/2010 to 1/8/2013**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 09-22839-DRC | |
| Case Name: | SULLIVAN, JOHN AND SULLIVAN, BETH | |
| Primary Taxpayer ID #: | ******6265 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 6/23/2009 | |
| For Period Ending: | 1/8/2013 | |

| | |
|---|---|
| Trustee Name: | David E. Grochocinski |
| Bank Name: | Green Bank |
| Checking Acct #: | ******3901 |
| Account Title: | DDA |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/07/2012 | | The Bank of New York Mellon | Transfer Funds | 9999-000 | $40,274.15 | | $40,274.15 |
| 02/10/2012 | 5001 | INTERNATIONAL SURETIES, LTD | Bond#016026455 Tern: 2/1/12 to 2/01/13 | 2300-000 | | $33.97 | $40,240.18 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $48.19 | $40,191.99 |
| 03/06/2012 | (11) | JOHN SULLIVAN | setlement payment | 1129-000 | $1,035.78 | | $41,227.77 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $68.35 | $41,159.42 |
| 04/05/2012 | (11) | JOHN AND BETH SULLIVAN | SETTLEMENT PAYMENT | 1129-000 | $1,035.78 | | $42,195.20 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $63.48 | $42,131.72 |
| 05/03/2012 | (11) | JOHN P. SULLIVAN | SETTLEMENT PAYMENT | 1129-000 | $1,035.78 | | $43,167.50 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $69.49 | $43,098.01 |
| 06/05/2012 | (11) | JOHN P. SULLIVAN | settlement payment | 1129-000 | $1,035.78 | | $44,133.79 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $70.94 | $44,062.85 |
| 07/06/2012 | (11) | JOHN AND BETH SULLIVAN | settlement payment | 1129-000 | $1,035.78 | | $45,098.63 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $70.05 | $45,028.58 |
| 08/02/2012 | (11) | JOHN SULLIVAN | settlement payment | 1129-000 | $1,035.78 | | $46,064.36 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $81.41 | $45,982.95 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $64.62 | $45,918.33 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $74.09 | $45,844.24 |
| 11/07/2012 | 5002 | ILLINOIS DEPARTMENT OF REVENUE | EIN: 35-6826265 IL-1041-V TAX YEAR END 12/31/10 | 2820-000 | | $453.00 | $45,391.24 |
| 11/08/2012 | 5003 | ILLINOIS DEPARTMENT OF REVENUE | IL-1041-V/ EIN: 35-6826265 YEAR END 12/31/11 | 2820-000 | | $814.00 | $44,577.24 |
| 11/08/2012 | 5004 | UNITED STATES TREASURY | 1041-V/EIN: 35-6826265 YEAR END 12/31/10 | 2820-000 | | $572.00 | $44,005.24 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $76.15 | $43,929.09 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $66.31 | $43,862.78 |
| | | | **SUBTOTALS** | | $46,488.83 | $2,626.05 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No.: | 09-22839-DRC | |
| Case Name: | SULLIVAN, JOHN AND SULLIVAN, BETH | |
| Primary Taxpayer ID #: | ******6265 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 6/23/2009 | |
| For Period Ending: | 1/8/2013 | |

| | | |
|---|---|---|
| Trustee Name: | David E. Grochocinski | |
| Bank Name: | Green Bank | |
| Checking Acct #: | ******3901 | |
| Account Title: | DDA | |
| Blanket bond (per case limit): | $5,000,000.00 | |
| Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $46,488.83 | $2,626.05 | $43,862.78 |
| | | | Less: Bank transfers/CDs | | $40,274.15 | $0.00 | |
| | | | Subtotal | | $6,214.68 | $2,626.05 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $6,214.68 | $2,626.05 | |

| For the period of 6/23/2009 to 1/8/2013 | | For the entire history of the account between 02/07/2012 to 1/8/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $6,214.68 | Total Compensable Receipts: | $6,214.68 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,214.68 | Total Comp/Non Comp Receipts: | $6,214.68 |
| Total Internal/Transfer Receipts: | $40,274.15 | Total Internal/Transfer Receipts: | $40,274.15 |
| | | | |
| Total Compensable Disbursements: | $2,626.05 | Total Compensable Disbursements: | $2,626.05 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,626.05 | Total Comp/Non Comp Disbursements: | $2,626.05 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 09-22839-DRC | |
| **Case Name:** | SULLIVAN, JOHN AND SULLIVAN, BETH | |
| **Primary Taxpayer ID #:** | ******6265 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 6/23/2009 | |
| **For Period Ending:** | 1/8/2013 | |

| | |
|---|---|
| **Trustee Name:** | David E. Grochocinski |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Money Market Acct #:** | ******0265 |
| **Account Title:** | Money Market Account |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/19/2010 | (32) | SUSAN TULLAR | NOVEMBER RENT | 1222-000 | $3,000.00 | | $3,000.00 |
| 01/19/2010 | (32) | SUSAN TULLAR | DECEMBE RENT | 1222-000 | $3,000.00 | | $6,000.00 |
| 01/29/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.07 | | $6,000.07 |
| 02/02/2010 | (32) | SULLIVAN TOOLING & REPAIR INC. | JANUARY RENT PAYMENT | 1222-000 | $3,000.00 | | $9,000.07 |
| 02/26/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.32 | | $9,000.39 |
| 03/31/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | interset | 1270-000 | $0.40 | | $9,000.79 |
| 04/06/2010 | | Wire out to BNYM account ********0265 | Wire out to BNYM account ********0265 | 9999-000 | ($9,000.85) | | ($0.06) |
| 04/06/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | $0.06 | | $0.00 |

| | | | |
|---|---|---|---|
| **TOTALS:** | $0.00 | $0.00 | $0.00 |
| **Less: Bank transfers/CDs** | ($9,000.85) | $0.00 | |
| **Subtotal** | $9,000.85 | $0.00 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $9,000.85 | $0.00 | |

**For the period of  6/23/2009 to 1/8/2013**

| | |
|---|---|
| Total Compensable Receipts: | $9,000.85 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,000.85 |
| Total Internal/Transfer Receipts: | ($9,000.85) |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 01/19/2010 to 1/8/2013**

| | |
|---|---|
| Total Compensable Receipts: | $9,000.85 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,000.85 |
| Total Internal/Transfer Receipts: | ($9,000.85) |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | |
|---|---|---|---|
| **Case No.** | 09-22839-DRC | **Trustee Name:** | David E. Grochocinski |
| **Case Name:** | SULLIVAN, JOHN AND SULLIVAN, BETH | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Primary Taxpayer ID #:** | ******6265 | **Checking Acct #:** | ******0266 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | Checking Account |
| **For Period Beginning:** | 6/23/2009 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 1/8/2013 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $0.00 | $0.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $0.00 | |

**For the period of  6/23/2009 to 1/8/2013**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 01/19/2010 to 1/8/2013**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

Exhibit B

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-22839-DRC | | Trustee Name: | David E. Grochocinski |
| Case Name: | SULLIVAN, JOHN AND SULLIVAN, BETH | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******6265 | | Checking Acct #: | ******0266 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 6/23/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/8/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|---|
| | | | $47,039.39 | $3,176.61 | $43,862.78 |

**For the period of 6/23/2009 to 1/8/2013**

| | |
|---|---|
| Total Compensable Receipts: | $47,039.39 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $47,039.39 |
| Total Internal/Transfer Receipts: | $40,274.15 |
| | |
| Total Compensable Disbursements: | $3,176.61 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,176.61 |
| Total Internal/Transfer Disbursements: | $40,274.15 |

**For the entire history of the case between 06/23/2009 to 1/8/2013**

| | |
|---|---|
| Total Compensable Receipts: | $47,039.39 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $47,039.39 |
| Total Internal/Transfer Receipts: | $40,274.15 |
| | |
| Total Compensable Disbursements: | $3,176.61 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,176.61 |
| Total Internal/Transfer Disbursements: | $40,274.15 |

Page No: 1

CLAIM ANALYSIS REPORT

Exhibit C

| Case No. | 09-22839-DRC | | | | | | Trustee Name: | David E. Grochocinski |
| Case Name: | SULLIVAN, JOHN AND SULLIVAN, BETH | | | | | | Date: | 1/8/2013 |
| Claims Bar Date: | 11/09/2009 | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DAVID E. GROCHOCINSKI | 03/09/2012 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $5,453.94 | $5,453.94 | $0.00 | $0.00 | $0.00 | $5,453.94 |
| | DAVID E. GROCHOCINSKI | 03/09/2012 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | SCOTT, HOROWITCH, PIDGEON & ABRAMS, LLC 2150 E. Lake Cook Road Suite 560 Buffalo Grove IL 600891877 | 01/06/2012 | Accountant for Trustee Fees (Other Firm) | Allowed | 3410-000 | $3,892.50 | $3,892.50 | $3,892.50 | $0.00 | $0.00 | $0.00 | $3,892.50 |
| | INNOVALAW, PC 1900 Ravinia Palce Orland Park IL 60462 | 01/06/2013 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $85.79 | $85.79 | $85.79 | $0.00 | $0.00 | $0.00 | $85.79 |
| | INNOVALAW, PC 1900 Ravinia Palce Orland Park IL 60462 | 01/06/2013 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $15,997.50 | $15,997.50 | $15,997.50 | $0.00 | $0.00 | $0.00 | $15,997.50 |
| 1 | PYOD LLC ITS SUCCESSORS AND ASSIGNS OF CITIBANK c/o Resurgent Capital Services Po Box 19008 Greenville SC 29602 | 08/24/2009 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $9,123.79 | $9,123.79 | $0.00 | $0.00 | $0.00 | $9,123.79 |
| 2 | PYOD LLC ITS SUCCESSORS AND ASSIGNS OF CITIBANK c/o Resurgent Capital Services Po Box 19008 Greenville SC 29602 | 08/24/2009 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $17,361.59 | $17,361.59 | $0.00 | $0.00 | $0.00 | $17,361.59 |
| 3 | RBS CITIZENS, N.A. Charles Koutsogiane 443 Jefferson Blvd. Warwick RI 02866 | 08/25/2009 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,251.81 | $5,251.81 | $0.00 | $0.00 | $0.00 | $5,251.81 |

| Case No.: | 09-22839-DRC | | | Trustee Name: | | David E. Grochocinski | | | | | |
| Case Name: | SULLIVAN, JOHN AND SULLIVAN, BETH | | | Date: | | 1/8/2013 | | | | | |
| Claims Bar Date: | 11/09/2009 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | CHASE BANK USA,N.A  c/o Creditors Bankruptcy Service  P O Box 740933  Dallas Tx 75374 | 09/02/2009 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $87.20 | $87.20 | $0.00 | $0.00 | $0.00 | $87.20 |
| 5 | CHASE BANK USA, N.A.  PO Box 15145  Wilmington DE 198505145 | 09/09/2009 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,834.61 | $4,834.61 | $0.00 | $0.00 | $0.00 | $4,834.61 |
| 6 | CHASE BANK USA, N.A.  PO Box 15145  Wilmington DE 198505145 | 09/09/2009 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $13,729.34 | $13,729.34 | $0.00 | $0.00 | $0.00 | $13,729.34 |
| 7 | AMERICAN EXPRESS BANK FSB  c/o Becket and Lee LLP  POB 3001  Malvern PA 193550701 | 09/10/2009 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $18,615.70 | $18,615.70 | $0.00 | $0.00 | $0.00 | $18,615.70 |
| 8 | AMERICAN EXPRESS CENTURION BANK  c/o Becket and Lee LLP  POB 3001  Malvern PA 193550701 | 09/16/2009 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $13,974.02 | $13,974.02 | $0.00 | $0.00 | $0.00 | $13,974.02 |
| 9 | DISCOVER BANK  DFS Services LLC  PO Box 3025  New Albany OH 430543025 | 09/23/2009 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,277.34 | $5,277.34 | $0.00 | $0.00 | $0.00 | $5,277.34 |
| 10 | RBS CITIZENS  480 Jefferson Blvd  RJE 135  Warwick RI 02886 | 10/10/2009 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $24,491.65 | $24,491.65 | $0.00 | $0.00 | $0.00 | $24,491.65 |

**Claim Notes:**   (10-1) credit card

CLAIM ANALYSIS REPORT                                                                 Page No: 3          Exhibit C

| | | | |
|---|---|---|---|
| Case No.: | 09-22839-DRC | Trustee Name: | David E. Grochocinski |
| Case Name: | SULLIVAN, JOHN AND SULLIVAN, BETH | Date: | 1/8/2013 |
| Claims Bar Date: | 11/09/2009 | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | U.S. BANK N.A.<br><br>Bankruptcy Department<br>P.O. Box 5229<br>Cincinnati OH 45201 | 10/20/2009 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $7,920.02 | $7,920.02 | $0.00 | $0.00 | $0.00 | $7,920.02 |
| **Claim Notes:** | (11-1) credit card | | | | | | | | | | | |
| 12 | ST. PAUL TRAVELERS (INV)<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Maryla nd 21094 | 11/05/2009 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $34,476.00 | $34,476.00 | $0.00 | $0.00 | $0.00 | $34,476.00 |
| 13 | PRA RECEIVABLES MANAGEMENT, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>HSBC Bank<br>c/o Gm<br>POB 41067<br>NORFOLK VA 23541 | 11/06/2009 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $12,313.51 | $12,313.51 | $0.00 | $0.00 | $0.00 | $12,313.51 |
| 14 | FLOWLINE TOOL & MOLD, INC<br>210 Commercial Dr-Unit C<br>Yorkville IL 60560 | 11/06/2009 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $11,799.00 | $11,799.00 | $0.00 | $0.00 | $0.00 | $11,799.00 |
| 15 | PNCEF, LLC DBA PNC EQUIPMENT FINANCE<br>fka National City Commercial Capital Co.<br>995 Dalton Avenue<br>Cincinnati OH 45203 | 11/09/2009 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $41,679.24 | $41,679.24 | $0.00 | $0.00 | $0.00 | $41,679.24 |

**Claim Notes:**      (15-1) Equipment Lease

CLAIM ANALYSIS REPORT    Page No:  4    Exhibit C

| | |
|---|---|
| **Case No.** | 09-22839-DRC |
| **Case Name:** | SULLIVAN, JOHN AND SULLIVAN, BETH |
| **Claims Bar Date:** | 11/09/2009 |

| | |
|---|---|
| **Trustee Name:** | David E. Grochocinski |
| **Date:** | 1/8/2013 |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | TOYOTA MOTOR CREDIT CORPORATION c o Becket and Lee LLP POB 3001 Malvern PA 193550701 | 02/09/2012 | Tardy General Unsecured § 726(a)(3) | Allowed | 7200-000 | $0.00 | $34,658.99 | $34,658.99 | $0.00 | $0.00 | $0.00 | $34,658.99 |

**Claim Notes:**    (16-1) DEFICIENCY BALANCE RELATED TO MOTOR VEHICLE LOAN

| | | | | | |
|---|---|---|---|---|---|
| $281,023.54 | $281,023.54 | $0.00 | $0.00 | $0.00 | $281,023.54 |

CLAIM ANALYSIS REPORT     Page No: 5     Exhibit C

| | |
|---|---|
| **Case No.** | 09-22839-DRC |
| **Case Name:** | SULLIVAN, JOHN AND SULLIVAN, BETH |
| **Claims Bar Date:** | 11/09/2009 |

| | |
|---|---|
| **Trustee Name:** | David E. Grochocinski |
| **Date:** | 1/8/2013 |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Accountant for Trustee Fees (Other Firm) | $3,892.50 | $3,892.50 | $0.00 | $0.00 | $0.00 | $3,892.50 |
| Attorney for Trustee Expenses (Trustee Firm) | $85.79 | $85.79 | $0.00 | $0.00 | $0.00 | $85.79 |
| Attorney for Trustee Fees (Trustee Firm) | $15,997.50 | $15,997.50 | $0.00 | $0.00 | $0.00 | $15,997.50 |
| General Unsecured § 726(a)(2) | $220,934.82 | $220,934.82 | $0.00 | $0.00 | $0.00 | $220,934.82 |
| Tardy General Unsecured § 726(a)(3) | $34,658.99 | $34,658.99 | $0.00 | $0.00 | $0.00 | $34,658.99 |
| Trustee Compensation | $5,453.94 | $5,453.94 | $0.00 | $0.00 | $0.00 | $5,453.94 |
| Trustee Expenses | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Exhibit D

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:       09-22839-DRC
Case Name:   JOHN SULLIVAN
                      BETH SULLIVAN
Trustee Name:   David E. Grochocinski

Balance on hand:          $43,862.78

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:          $0.00
Remaining balance:          $43,862.78

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David E. Grochocinski, Trustee Fees | $5,453.94 | $0.00 | $5,453.94 |
| InnovaLaw, PC, Attorney for Trustee Fees | $15,997.50 | $0.00 | $15,997.50 |
| InnovaLaw, PC, Attorney for Trustee Expenses | $85.79 | $0.00 | $85.79 |
| Scott, Horowitch, Pidgeon & Abrams, LLC, Accountant for Trustee Fees | $3,892.50 | $0.00 | $3,892.50 |

Total to be paid for chapter 7 administrative expenses:          $25,429.73
Remaining balance:          $18,433.05

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:          $0.00
Remaining balance:          $18,433.05

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $18,433.05 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $220,934.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | PYOD LLC its successors and assigns of Citibank | $9,123.79 | $0.00 | $761.21 |
| 2 | PYOD LLC its successors and assigns of Citibank | $17,361.59 | $0.00 | $1,448.51 |
| 3 | RBS Citizens, N.A. | $5,251.81 | $0.00 | $438.17 |
| 4 | Chase Bank USA,N.A | $87.20 | $0.00 | $7.28 |
| 5 | Chase Bank USA, N.A. | $4,834.61 | $0.00 | $403.36 |
| 6 | Chase Bank USA, N.A. | $13,729.34 | $0.00 | $1,145.47 |
| 7 | American Express Bank FSB | $18,615.70 | $0.00 | $1,553.15 |
| 8 | American Express Centurion Bank | $13,974.02 | $0.00 | $1,165.88 |
| 9 | DISCOVER BANK | $5,277.34 | $0.00 | $440.30 |
| 10 | RBS Citizens | $24,491.65 | $0.00 | $2,043.39 |
| 11 | U.S. Bank N.A. | $7,920.02 | $0.00 | $660.78 |
| 12 | St. Paul Travelers (Inv) | $34,476.00 | $0.00 | $2,876.40 |
| 13 | PRA Receivables Management, LLC | $12,313.51 | $0.00 | $1,027.34 |
| 14 | Flowline Tool & Mold, Inc | $11,799.00 | $0.00 | $984.42 |
| 15 | PNCEF, LLC dba PNC Equipment Finance | $41,679.24 | $0.00 | $3,477.39 |

|  | Total to be paid to timely general unsecured claims: | $18,433.05 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $34,658.99 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 16 | Toyota Motor Credit Corporation | $34,658.99 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims:    $0.00

Remaining balance:    $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:    $0.00

Remaining balance:    $0.00