**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-22839-DRC |
| | § | |
| JOHN SULLIVAN | § | |
| BETH SULLIVAN | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David E. Grochocinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    Clerk of U.S. Bankruptcy Court, 219 Dearborn Street, Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 03/22/13 in Courtroom 4016, United States Courthouse, DuPage County Courthouse, 505 N. County Farm Road, DuPage, IL 60187. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  02/12/2013    By:  /s/ David E. Grochocinski
                                    (Trustee)

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| In re: | § | Case No. 09-22839-DRC |
|---|---|---|
| | § | |
| JOHN SULLIVAN | § | |
| BETH SULLIVAN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*                                $47,039.39
*and approved disbursements of*                                   $3,176.61
*leaving a balance on hand of[1]:*                                    $43,862.78

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:      $0.00
Remaining balance:      $43,862.78

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| **Reason/Applicant** | **Total Requested** | **Interim Payments to Date** | **Proposed Payment** |
|---|---:|---:|---:|
| David E. Grochocinski, Trustee Fees | $5,453.94 | $0.00 | $5,453.94 |
| InnovaLaw, PC, Attorney for Trustee Fees | $15,997.50 | $0.00 | $15,997.50 |
| InnovaLaw, PC, Attorney for Trustee Expenses | $85.79 | $0.00 | $85.79 |
| Scott, Horowitch, Pidgeon & Abrams, LLC, Accountant for Trustee Fees | $3,892.50 | $0.00 | $3,892.50 |

Total to be paid for chapter 7 administrative expenses:      $25,429.73
Remaining balance:      $18,433.05

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

Total to be paid to prior chapter administrative expenses:   $0.00
Remaining balance:   $18,433.05

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims:   $0.00
Remaining balance:   $18,433.05

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $220,934.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | PYOD LLC its successors and assigns of Citibank | $9,123.79 | $0.00 | $761.21 |
| 2 | PYOD LLC its successors and assigns of Citibank | $17,361.59 | $0.00 | $1,448.51 |
| 3 | RBS Citizens, N.A. | $5,251.81 | $0.00 | $438.17 |
| 4 | Chase Bank USA,N.A | $87.20 | $0.00 | $7.28 |
| 5 | Chase Bank USA, N.A. | $4,834.61 | $0.00 | $403.36 |
| 6 | Chase Bank USA, N.A. | $13,729.34 | $0.00 | $1,145.47 |
| 7 | American Express Bank FSB | $18,615.70 | $0.00 | $1,553.15 |
| 8 | American Express Centurion Bank | $13,974.02 | $0.00 | $1,165.88 |
| 9 | DISCOVER BANK | $5,277.34 | $0.00 | $440.30 |
| 10 | RBS Citizens | $24,491.65 | $0.00 | $2,043.39 |
| 11 | U.S. Bank N.A. | $7,920.02 | $0.00 | $660.78 |
| 12 | St. Paul Travelers (Inv) | $34,476.00 | $0.00 | $2,876.40 |
| 13 | PRA Receivables Management, LLC | $12,313.51 | $0.00 | $1,027.34 |

| | | | | |
|---|---|---:|---:|---:|
| 14 | Flowline Tool & Mold, Inc | $11,799.00 | $0.00 | $984.42 |
| 15 | PNCEF, LLC dba PNC Equipment Finance | $41,679.24 | $0.00 | $3,477.39 |

Total to be paid to timely general unsecured claims: $18,433.05
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $34,658.99 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 16 | Toyota Motor Credit Corporation | $34,658.99 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

Prepared By:   /s/ David E. Grochocinski
                      Trustee

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                           Northern District of Illinois

In re:                                                        Case No. 09-22839-DRC
John P Sullivan                                               Chapter 7
Beth A Sullivan
       Debtors              CERTIFICATE OF NOTICE
District/off: 0752-1           User: pgordon              Page 1 of 3                  Date Rcvd: Feb 14, 2013
                               Form ID: pdf006            Total Noticed: 64


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2013.
db/jdb    +John P Sullivan,   Beth A Sullivan,   27W120 Cypress Lane,    Winfield, IL 60190-2059
aty       +David P Lloyd,   Grochocinski Grochocski and Lloyd Ltd,    1900 Ravinia Road,
            Orland Park, IL 60462-3760
aty       +Grochocinski Grochocinski & Lloyd Ltd,   1900 Ravinia Place,    Orland Park, IL 60462-3760
aty       +Mark S Grochocinski,   Grochocinski,Grochocinski and Lloyd Ltd,    800 Ravinia Place,
            Orland Park, Il 60462-3850
14433836  +27W120 Cypress,   Winfiled, ILL 60190-2059
14433837  +Agie Charmilles,   560 Brond Street,   Lincolnshire, IL 60069-4207
14081041  +American Express,   Box 0001,   Los Angeles Ca 90096-8000
14430500   American Express Bank FSB,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
14457486   American Express Centurion Bank,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
14433843  +Angies Flagger, Inc,   857 N. 1st Street,   Geneva, IL 60134-1435
14081020  +Bank of America,   450 American St,   #SV416,   Simi Valley ca 93065-6285
14081034  +Bank of America Card,   P O Box 15710,   Wilmington De 19886-5710
14141349  +CIT Group,   P O Box 55099,   Jacksonville, FL 32216-0099
14081022  +Charter One,   1215 Superior Ave,   Cleveland Oh 44114-3299
14081030  +Charter One,   P O Box 9665,   Providence Ri 02940-9665
14433838  +Charter One Bank,   1215 Superior Ave,   Cleveland, OH 44114-3299
14081021  +Chase,   P O Box 9001020,   Louisville Ky 40290-1020
14424131   Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
14407327  +Chase Bank USA,N.A.,   c/o Creditors Bankruptcy Service,    P O Box 740933,   Dallas,Tx 75374-0933
14081032  +Chase Card,   P O Box 15183,   Wilmington De 19886-5183
14081031  +Citi Card,   P O Box 6000,   The Lakes Nv 89163-0001
14433839 ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
            GRAND RAPIDS MI 49546-6253
           (address filed with court: Fifth Third Bank,   Fifth Third Center,   Cinncinnati, OH  45263)
14433844   Federal Express,   3875 Airways, Module H3,   Dept 4634,   Memphis, TN 38116
14266411  +Financial Pacific Leas,   3455 S. 344th #300,   Federal Way, WA 98001-9546
14699599  +Flowline Tool & Mold, Inc,   210 Commercial Dr-Unit C,   Yorkville IL 60560-4577
14433846  +Flowline Tool & Mold, Inc,   c/o John Wyeth,   701 N. Bridge St,   Yorkville, IL 60560-1106
14433845  +Flowline Tool & Mold, Inc,   283 Farm Court,   Yorkville, IL 60560-9789
14433847  +Genesis Tool, Inc,   857 N. 1st Street,   Geneva, IL 60134-1435
14081026 ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,   PO BOX 5213,   CAROL STREAM IL 60197-5213
           (address filed with court: HSBC/Ymaha,   P O Box 15524,   Wilmington de 19850)
14081036  +HSBC Card Service,   P O Box 37281,   Baltimore Md 21297-3281
14433848  +Hawk Tool, Inc,   857 N. 1st Street,   Geneva, IL 60134-1435
14081040   Home Depot Credit Service,   P O Box 689100,   Des Moines Ia 50368
14433849  +KE  Tool, Inc,   857 N. 1st Street,   Geneva, IL 60134-1435
14081043   Kohls,   N56W 1700 Ridgewwod,   Menomonee Falls Wi 53051
14433850  +Letzler Design, Inc,   857 N. 1st Street,   Geneva, IL 60134-1435
14081027  +MB Financial Bank,   1200 N Ashland Ave,   Chicago IL 60622-8311
14433841  +Makino,   P O Box 632622,   Cincinnati, OH 45263-2622
14433851  +Maytech,   913 Dolores Dr,   Bensenville, IL 60106-3427
14433852  +Metals Technology Corp,   120 N. Schmale Road,   Carol Stream, IL 60188-2151
14433853  +Motion Industries,   786 Church Road,   Elgin, IL 60123-9306
14081038  +National City,   P O Box 856176,   Louisville Ky 40285-6176
14433842  +National City,   Commerical Capital,   995 Dalton Ave,   Cincinnati, OH 45203-1101
14081037  +National City,   P O Box 3038 KA161J,   Kalamazoo Mi 49003-3038
14081039  +National City Comm Cap,   995 Dalton Avenue,   Cincinnati Oh 45203-1101
14433854   PCS Company,   236 Industrial Drive,   Fraser, MI 48026
14701234  +PNCEF, LLC dba PNC Equipment Finance,   fka National City Commercial Capital Co.,
            995 Dalton Avenue,   Cincinnati, OH 45203-1101
14693957  +PRA Receivables Management, LLC,   As Agent Of Portfolio Recovery Assocs.,   HSBC Bank,   c/o Gm,
            POB 41067,   NORFOLK VA 23541-1067
14562736  +RBS Citizens,   480 Jefferson Blvd,   RJE 135,   Warwick, RI 02886-1359
14362456  +RBS Citizens, N.A.,   Charles Koutsogiane,   443 Jefferson Blvd.,   Warwick, RI 02886-1321,
            RJW500
14433855  +Single Source Tech,   2600 Superior Court,   Auburn Hills, MI 48326-4313
14689869  +St. Paul Travelers (Inv),   c/o RMS Bankruptcy Recovery Services,   P.O. Box 5126,
            Timonium, Maryland 21094-5126
14433856  +Technology One,   468 Randy Rd,   Carol Stream, IL 60188-2120
14081044  +ThD/CBSD,   P O Box 6497,   Sioux Falls Sd 57117-6497
14433857  +The Travelers Indemity Group,   c/o Baker & Miller,   29 N. Wacker Dr, 5th Fl,
            Chicago, IL 60606-3221
14252683  +The Travelers Indemnity Co,   P O Box 3556,   Orlando, FL 32802-3556
14081024  +Toyota Motor Credit,   1111 W 22nd,   Ste 420,   Oak Brook IL 60523-1959
18462320   Toyota Motor Credit Corporation,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
14605733 ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
           (address filed with court: U.S. Bank N.A.,   Bankruptcy Department,   P.O. Box 5229,
            Cincinnati, OH 45201)
```

```
District/off: 0752-1          User: pgordon              Page 2 of 3              Date Rcvd: Feb 14, 2013
                              Form ID: pdf006            Total Noticed: 64
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14482869      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 15 2013 02:14:23     DISCOVER BANK,
              DFS Services LLC,   PO Box 3025,   New Albany, Ohio   43054-3025
14081033      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 15 2013 02:14:23     Discover,   P O Box 15316,
              Wilmington De 19836
17447091      E-mail/Text: ECF@SHERMETA.COM Feb 15 2013 02:56:55     J.P. MORGAN CHASE BANK, N.A.,
              c/o Shermeta, Adams & Von Allmen, P.C.,    P.O. Box 80908,   Rochester Hills, MI   48308-0908
18520392      E-mail/Text: ECF@SHERMETA.COM Feb 15 2013 02:56:56     JPMorgan Chase Bank, N.A.,
              c/o Shermeta, Adams & Von Allmen, P.C.,    P.O. Box 80908,   Rochester Hills, MI 48308-0908
14351987     +E-mail/Text: resurgentbknotifications@resurgent.com Feb 15 2013 01:45:07
              PYOD LLC its successors and assigns of Citibank,   c/o Resurgent Capital Services,
              Po Box 19008,   Greenville, SC 29602-9008
14081023      E-mail/PDF: cbp@slfs.com Feb 15 2013 02:20:19     American General,   575 N Mclean Blvd,
              Elgin Il 60123
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14081029*    +Charter One,   1215 Superior Ave,   Cleveland Oh 44114-3299
14433840*   ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,   PO BOX 5213,   CAROL STREAM IL 60197-5213
             (address filed with court:   HSBC/YMAHA,   P O Box 15524,   Wilmington, DE  19850)
14081025*   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court:   US Bank,   P O Box 5227,   Cincinnati Oh 45201)
14081028*   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court:   US Bank,   P O Box 5227,   Cincinnati Oh 45201)
14081042*   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court:   US Bank,   P O Box 790408,   St Louis Mo 63179)
14081035    ##+National City,   P O Box 2349,   Kalamazoo Mi 49003-2349
                                                                                TOTALS: 0, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 16, 2013**          **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1           User: pgordon              Page 3 of 3               Date Rcvd: Feb 14, 2013
                               Form ID: pdf006            Total Noticed: 64
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2013 at the address(es) listed below:

```
          Ariane  Holtschlag    on behalf of Trustee David E Grochocinski lawyers@innovalaw.com
          Charles R Woolley    on behalf of Creditor   PNCEF, LLC rwoolley@askounisdarcy.com,
           tslome@msek.com
          David E Grochocinski    on behalf of Trustee David E Grochocinski lawyers@innovalaw.com,
           lawyers@innovalaw.com
          David E Grochocinski    dgrochocinski@innovalaw.com,  deg@trustesolutions.net
          John F. Torres    on behalf of Creditor   Toyota Motor Credit Corporation jftlaw@earthlink.net
          Joshua D Greene    on behalf of Joint Debtor Beth A Sullivan jgreene@springerbrown.com,
           sellis@springerbrown.com
          Joshua D Greene    on behalf of Debtor John P Sullivan jgreene@springerbrown.com,
           sellis@springerbrown.com
          Kathleen M. McGuire    on behalf of Trustee David E Grochocinski kmcguire@innovalaw.com,
           kmmcguirelaw@sbcglobal.net
          Michael A Phelps    on behalf of Trustee David E Grochocinski mphelps@ggl-law.com
          Michael J. Davis    on behalf of Joint Debtor Beth A Sullivan mdavis@springerbrown.com,
           davislaw80@gmail.com
          Michael J. Davis    on behalf of Debtor John P Sullivan mdavis@springerbrown.com,
           davislaw80@gmail.com
          Monette W Cope    on behalf of Creditor   CIT Technology Financing Services, Inc.
           ecfnil@weltman.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 13
```