**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-22839-DRC |
| | § | |
| JOHN SULLIVAN | § | |
| BETH SULLIVAN | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David E. Grochocinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $241,555.00 | Assets Exempt: | $23,950.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $18,433.05 | Claims Discharged Without Payment: | $237,160.76 |
| Total Expenses of Administration: | $28,606.34 | | |

3)   Total gross receipts of $47,039.39 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $47,039.39 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $28,606.34 | $28,606.34 | $28,606.34 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | NA | $255,593.81 | $255,593.81 | $18,433.05 |
| **Total Disbursements** | NA | $284,200.15 | $284,200.15 | $47,039.39 |

4). This case was originally filed under chapter 7 on 06/23/2009. The case was pending for 48 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/15/2013     By:  /s/ David E. Grochocinski
                                         Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 2006 GTO | 1129-000 | $102.50 |
| SULLIVAN TOOLING | 1129-000 | $17,572.45 |
| 1996 HAAS VM3 MACHINERY | 1210-000 | $20,353.34 |
| LEASE OF SULLIVAN TOOLING ASSETS | 1222-000 | $9,000.00 |
| Interest Earned | 1270-000 | $11.10 |
| **TOTAL GROSS RECEIPTS** | | **$47,039.39** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David E. Grochocinski, Trustee | 2100-000 | NA | $5,453.94 | $5,453.94 | $5,453.94 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $33.97 | $33.97 | $33.97 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | $19.41 | $19.41 | $19.41 |
| Green Bank | 2600-000 | NA | $753.08 | $753.08 | $753.08 |
| The Bank of New York Mellon | 2600-000 | NA | $531.15 | $531.15 | $531.15 |
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | NA | $1,267.00 | $1,267.00 | $1,267.00 |
| UNITED STATES TREASURY | 2820-000 | NA | $572.00 | $572.00 | $572.00 |
| InnovaLaw, PC, Attorney for Trustee | 3110-000 | NA | $15,997.50 | $15,997.50 | $15,997.50 |
| InnovaLaw, PC, Attorney for Trustee | 3120-000 | NA | $85.79 | $85.79 | $85.79 |
| Scott, Horowitch, Pidgeon & Abrams, LLC, Accountant for Trustee | 3410-000 | NA | $3,892.50 | $3,892.50 | $3,892.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$28,606.34** | **$28,606.34** | **$28,606.34** |

UST Form 101-7-TDR (10/1/2010)

Case 09-22839 Doc 111 Filed 08/15/13 Entered 08/15/13 14:49:50 Desc Main
Document Page 4 of 16

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE


**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE


**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PYOD LLC its successors and assigns of Citibank | 7100-000 | NA | $9,123.79 | $9,123.79 | $761.21 |
| 2 | PYOD LLC its successors and assigns of Citibank | 7100-000 | NA | $17,361.59 | $17,361.59 | $1,448.51 |
| 3 | RBS Citizens, N.A. | 7100-000 | NA | $5,251.81 | $5,251.81 | $438.17 |
| 4 | Chase Bank USA,N.A | 7100-000 | NA | $87.20 | $87.20 | $7.28 |
| 5 | Chase Bank USA, N.A. | 7100-000 | NA | $4,834.61 | $4,834.61 | $403.36 |
| 6 | Chase Bank USA, N.A. | 7100-000 | NA | $13,729.34 | $13,729.34 | $1,145.47 |
| 7 | American Express Bank FSB | 7100-000 | NA | $18,615.70 | $18,615.70 | $1,553.15 |
| 8 | American Express Centurion Bank | 7100-000 | NA | $13,974.02 | $13,974.02 | $1,165.88 |
| 9 | DISCOVER BANK | 7100-000 | NA | $5,277.34 | $5,277.34 | $440.30 |
| 10 | RBS Citizens | 7100-000 | NA | $24,491.65 | $24,491.65 | $2,043.39 |
| 11 | U.S. Bank N.A. | 7100-000 | NA | $7,920.02 | $7,920.02 | $660.78 |
| 12 | St. Paul Travelers (Inv) | 7100-000 | NA | $34,476.00 | $34,476.00 | $2,876.40 |
| 13 | PRA Receivables Management, LLC | 7100-000 | NA | $12,313.51 | $12,313.51 | $1,027.34 |
| 14 | Flowline Tool & Mold, Inc | 7100-000 | NA | $11,799.00 | $11,799.00 | $984.42 |
| 15 | PNCEF, LLC dba PNC Equipment Finance | 7100-000 | NA | $41,679.24 | $41,679.24 | $3,477.39 |
| 16 | Toyota Motor Credit Corporation | 7200-000 | NA | $34,658.99 | $34,658.99 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$0.00** | **$255,593.81** | **$255,593.81** | **$18,433.05** |


**UST Form 101-7-TDR (10/1/2010)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1

| Case No.: | 09-22839-DRC | Trustee Name: | David E. Grochocinski |
| Case Name: | SULLIVAN, JOHN AND SULLIVAN, BETH | Date Filed (f) or Converted (c): | 06/23/2009 (f) |
| For the Period Ending: | 8/15/2013 | §341(a) Meeting Date: | 08/04/2009 |
| | | Claims Bar Date: | 11/09/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | WINFIELD, IL | $380,000.00 | $0.00 | | $0.00 | FA |
| 2 | RENTAL SYSTEMS (u) | $2,800.00 | $0.00 | | $0.00 | FA |
| 3 | CHECKING (u) | Unknown | Unknown | | $0.00 | FA |
| 4 | FURNITURE | $3,000.00 | $0.00 | | $0.00 | FA |
| 5 | WEARING APPAREL | $500.00 | $0.00 | | $0.00 | FA |
| 6 | 2001 FORD, 2008 TOYOTA, 2007 YAMAHA, ETC. | $65,000.00 | $65,000.00 | | $0.00 | FA |
| 7 | TOOLS | $3,000.00 | $0.00 | | $0.00 | FA |
| 8 | TERM POLICIES | $0.00 | $0.00 | | $0.00 | FA |
| 9 | PUTNAM IRA | $3,860.00 | $0.00 | | $0.00 | FA |
| 10 | TEACHERS RETIREMENT SYSTEM 403B | $26,192.00 | $0.00 | | $0.00 | FA |
| 11 | SULLIVAN TOOLING | Unknown | $17,000.00 | | $17,572.45 | FA |
| 12 | RECEIVABLES | $116,303.00 | $116,303.00 | | $0.00 | FA |
| 13 | POSSIBLE CAUSE AGAINST FLOWLINE | Unknown | Unknown | | $0.00 | FA |
| 14 | 2006 GTO | $16,250.00 | $0.00 | | $102.50 | FA |
| 15 | 2005 HARLEY DAVIDSON | $12,000.00 | $3,400.00 | | $0.00 | FA |
| 16 | 2001 FORD EXCURSION | $6,350.00 | $0.00 | | $0.00 | FA |
| 17 | 2006 TOYOTA LEXUS | $18,000.00 | $0.00 | | $0.00 | FA |
| 18 | 2007 YAMAHA FX NITRO | $4,000.00 | $0.00 | | $0.00 | FA |
| 19 | 600 YMAHA RR MOTORCYCLE | $4,000.00 | $0.00 | | $0.00 | FA |
| 20 | 2008 TOYOTA TUNDRA | $14,550.00 | $0.00 | | $0.00 | FA |
| 21 | MOTORCYCLE TRAILER | $4,000.00 | $0.00 | | $0.00 | FA |
| 22 | 2005 HONDA CR 250 | $2,000.00 | $0.00 | | $0.00 | FA |
| 23 | 2005 SUZUKI 250 F | $3,000.00 | $0.00 | | $0.00 | FA |
| 24 | 2006 CHEVY SILVERADO | $10,000.00 | $0.00 | | $0.00 | FA |
| 25 | 2008 FORD MUSTANG | $18,000.00 | $0.00 | | $0.00 | FA |
| 26 | OFFICE EQUIPMENT | $1,000.00 | $1,000.00 | | $0.00 | FA |
| 27 | 2006 MAKINO MACHINERY | $169,000.00 | $0.00 | | $0.00 | FA |
| 28 | 2009 EDM MACHINER | $30,000.00 | $0.00 | | $0.00 | FA |
| 29 | 2007 HUERKO MACHINERY | $30,000.00 | $0.00 | | $0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2    Exhibit 8

| Case No.: | 09-22839-DRC | Trustee Name: | David E. Grochocinski |
| --- | --- | --- | --- |
| Case Name: | SULLIVAN, JOHN AND SULLIVAN, BETH | Date Filed (f) or Converted (c): | 06/23/2009 (f) |
| For the Period Ending: | 8/15/2013 | §341(a) Meeting Date: | 08/04/2009 |
| | | Claims Bar Date: | 11/09/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 30  2005 ACE GRINDERS | $5,000.00 | $0.00 | | $0.00 | FA |
| 31  1996 HAAS VM3 MACHINERY (u) | $30,000.00 | $30,000.00 | | $20,353.34 | FA |
| 32  LEASE OF SULLIVAN TOOLING ASSETS (u) | $15,000.00 | $15,000.00 | | $9,000.00 | FA |
| 33  CASH ON HAND | $100.00 | $0.00 | | $0.00 | FA |
| INT  Interest Earned (u) | Unknown | Unknown | | $11.10 | FA |

**TOTALS (Excluding unknown value)**          **Gross Value of Remaining Assets**

$992,905.00     $247,703.00     $47,039.39     $0.00

**Major Activities affecting case closing:**

ORDER ENTERED AUTHORIZING OPERATION OF BUSINESS AND LEASE TO THE DEBTOR'; DEBTOR TO MAKE OFFER FOR SALE OF ASSETS NO LATER THAN 2//28/10 OR ASSETS TO BE LIQUIDATED; POSSIBLE LAWSUIT VS PETITION PREPARER; DEBTOR MAKING RENT PAYMENTS OF $3,000 PER MONTH; SETTLEMENT PENDING REGARDING VALUE OF BUSINESS ASSETS; PAYMENTS BEING MADE; PAYMENT COMPLETE; WAITING ON FINAL TAX RETURNS

**Initial Projected Date Of Final Report (TFR):** 06/30/2012     **Current Projected Date Of Final Report (TFR):** 06/30/2013     /s/ DAVID E. GROCHOCINSKI

DAVID E. GROCHOCINSKI

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-22839-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | SULLIVAN, JOHN AND SULLIVAN, BETH | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******6265 | Money Market Acct #: | ******0265 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 6/23/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/15/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/06/2010 | | Wire in from JPMorgan Chase Bank, N.A. account ********0265 | Wire in from JPMorgan Chase Bank, N.A. account ********0265 | 9999-000 | $9,000.85 | | $9,000.85 |
| 04/13/2010 | (31) | MICHAEL BLOOMFIELD | PURCHASE OF TOOLING | 1210-000 | $20,353.34 | | $29,354.19 |
| 04/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | $0.78 | | $29,354.97 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | $1.24 | | $29,356.21 |
| 06/14/2010 | (14) | FIFTH THIRD BANK | EXCESS PAYOFF AFTER SALE OF 2006 PONTIAC GTO | 1129-000 | $102.50 | | $29,458.71 |
| 06/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | $1.21 | | $29,459.92 |
| 07/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | $1.25 | | $29,461.17 |
| 08/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | $1.25 | | $29,462.42 |
| 09/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.24 | | $29,462.66 |
| 10/29/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.25 | | $29,462.91 |
| 11/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.24 | | $29,463.15 |
| 12/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.25 | | $29,463.40 |
| 01/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.25 | | $29,463.65 |
| 02/15/2011 | 11001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #09-22839, Bond#016026455 | 2300-000 | | $19.41 | $29,444.24 |
| 02/28/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.22 | | $29,444.46 |
| 03/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.25 | | $29,444.71 |
| 04/14/2011 | (11) | SULLIVAN TOOL & REPAIR INC. | SETTLEMENT PAYMENT | 1129-000 | $1,000.00 | | $30,444.71 |
| 04/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.24 | | $30,444.95 |
| 05/05/2011 | (11) | SULLIVAN TOOL & REPAIR INC. | SETTLEMENT PAYMENT | 1129-000 | $1,035.75 | | $31,480.70 |
| 05/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.26 | | $31,480.96 |
| 06/06/2011 | (11) | SULLIVAN TOOL & REPAIR INC | SETTLEMENT PAYMENT | 1129-000 | $1,035.78 | | $32,516.74 |
| 06/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.26 | | $32,517.00 |
| 07/05/2011 | (11) | SULLIVAN TOOL & REPAIR INC. | SETTLEMENT PAYMENT | 1129-000 | $1,035.78 | | $33,552.78 |
| 07/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.28 | | $33,553.06 |
| | | | **SUBTOTALS** | | $33,572.47 | $19.41 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-22839-DRC | | Trustee Name: | David E. Grochocinski |
|---|---|---|---|---|
| Case Name: | SULLIVAN, JOHN AND SULLIVAN, BETH | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******6265 | | Money Market Acct #: | ******0265 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 6/23/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/15/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/01/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $63.92 | $33,489.14 |
| 08/04/2011 | (11) | JOHN & BETH SULLIVAN | SETTLEMENT PAYMENT | 1129-000 | $1,035.78 | | $34,524.92 |
| 08/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.28 | | $34,525.20 |
| 08/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $79.85 | $34,445.35 |
| 09/02/2011 | (11) | JOHN SULLIVAN | SETTLEMENT PAYMENT | 1129-000 | $1,035.78 | | $35,481.13 |
| 09/26/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | ($2.30) | $35,483.43 |
| 09/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.28 | | $35,483.71 |
| 09/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $72.48 | $35,411.23 |
| 10/05/2011 | (11) | JOHN P SULLIVAN | SETTLEMENT PAYMENT | 1129-000 | $1,035.78 | | $36,447.01 |
| 10/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.29 | | $36,447.30 |
| 10/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $71.97 | $36,375.33 |
| 11/04/2011 | (11) | JOHN SULLIVAN | SETTLEMENT PAYMENT | 1129-000 | $1,035.78 | | $37,411.11 |
| 11/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.30 | | $37,411.41 |
| 11/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $81.36 | $37,330.05 |
| 12/05/2011 | (11) | JOHN SULLIVAN | SETTLEMENT PAYMENT | 1129-000 | $1,035.78 | | $38,365.83 |
| 12/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.31 | | $38,366.14 |
| 12/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $78.40 | $38,287.74 |
| 01/05/2012 | (11) | JOHN SULLIVAN | SETTLEMENT PAYMENT | 1129-000 | $1,035.78 | | $39,323.52 |
| 01/31/2012 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.32 | | $39,323.84 |
| 01/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $85.47 | $39,238.37 |
| 02/02/2012 | (11) | JOHN SULLIVAN | SETTLEMENT PAYMENT | 1129-000 | $1,035.78 | | $40,274.15 |
| 02/07/2012 | | Green Bank | Transfer Funds | 9999-000 | | $40,274.15 | $0.00 |
| | | | **SUBTOTALS** | | **$7,252.24** | **$40,805.30** | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-22839-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | SULLIVAN, JOHN AND SULLIVAN, BETH | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******6265 | Money Market Acct #: | ******0265 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 6/23/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/15/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $40,824.71 | $40,824.71 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $9,000.85 | $40,274.15 | |
| | | | **Subtotal** | | $31,823.86 | $550.56 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $31,823.86 | $550.56 | |

**For the period of 6/23/2009 to 8/15/2013**

| | |
|---|---|
| Total Compensable Receipts: | $31,823.86 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $31,823.86 |
| Total Internal/Transfer Receipts: | $9,000.85 |
| | |
| Total Compensable Disbursements: | $550.56 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $550.56 |
| Total Internal/Transfer Disbursements: | $40,274.15 |

**For the entire history of the account between 04/06/2010 to 8/15/2013**

| | |
|---|---|
| Total Compensable Receipts: | $31,823.86 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $31,823.86 |
| Total Internal/Transfer Receipts: | $9,000.85 |
| | |
| Total Compensable Disbursements: | $550.56 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $550.56 |
| Total Internal/Transfer Disbursements: | $40,274.15 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-22839-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | SULLIVAN, JOHN AND SULLIVAN, BETH | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******6265 | Checking Acct #: | ******0266 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 6/23/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/15/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** | | $0.00 | $0.00 | $0.00 |
|  |  |  | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
|  |  |  | **Subtotal** | | $0.00 | $0.00 | |
|  |  |  | **Less: Payments to debtors** | | $0.00 | $0.00 | |
|  |  |  | **Net** | | $0.00 | $0.00 | |

For the period of  6/23/2009 to 8/15/2013

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between 04/06/2010 to 8/15/2013

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-22839-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | SULLIVAN, JOHN AND SULLIVAN, BETH | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******6265 | Checking Acct #: | ******3901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 6/23/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/15/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/07/2012 | | The Bank of New York Mellon | Transfer Funds | 9999-000 | $40,274.15 | | $40,274.15 |
| 02/10/2012 | 5001 | INTERNATIONAL SURETIES, LTD | Bond#016026455 Tern: 2/1/12 to 2/01/13 | 2300-000 | | $33.97 | $40,240.18 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $48.19 | $40,191.99 |
| 03/06/2012 | (11) | JOHN SULLIVAN | setlement payment | 1129-000 | $1,035.78 | | $41,227.77 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $68.35 | $41,159.42 |
| 04/05/2012 | (11) | JOHN AND BETH SULLIVAN | SETTLEMENT PAYMENT | 1129-000 | $1,035.78 | | $42,195.20 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $63.48 | $42,131.72 |
| 05/03/2012 | (11) | JOHN P. SULLIVAN | SETTLEMENT PAYMENT | 1129-000 | $1,035.78 | | $43,167.50 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $69.49 | $43,098.01 |
| 06/05/2012 | (11) | JOHN P. SULLIVAN | settlement payment | 1129-000 | $1,035.78 | | $44,133.79 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $70.94 | $44,062.85 |
| 07/06/2012 | (11) | JOHN AND BETH SULLIVAN | settlement payment | 1129-000 | $1,035.78 | | $45,098.63 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $70.05 | $45,028.58 |
| 08/02/2012 | (11) | JOHN SULLIVAN | settlement payment | 1129-000 | $1,035.78 | | $46,064.36 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $81.41 | $45,982.95 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $64.62 | $45,918.33 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $74.09 | $45,844.24 |
| 11/07/2012 | 5002 | ILLINOIS DEPARTMENT OF REVENUE | EIN: 35-6826265 IL-1041-V TAX YEAR END 12/31/10 | 2820-000 | | $453.00 | $45,391.24 |
| 11/08/2012 | 5003 | ILLINOIS DEPARTMENT OF REVENUE | IL-1041-V/ EIN: 35-6826265 YEAR END 12/31/11 | 2820-000 | | $814.00 | $44,577.24 |
| 11/08/2012 | 5004 | UNITED STATES TREASURY | 1041-V/EIN: 35-6826265 YEAR END 12/31/10 | 2820-000 | | $572.00 | $44,005.24 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $76.15 | $43,929.09 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $66.31 | $43,862.78 |
| 03/25/2013 | 5005 | David E. Grochocinski | Trustee Compensation | 2100-000 | | $5,453.94 | $38,408.84 |
| 03/25/2013 | 5006 | InnovaLaw, PC | Distribution on Claim #: ; | 3110-000 | | $15,997.50 | $22,411.34 |

**SUBTOTALS** $46,488.83    $24,077.49

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-22839-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | SULLIVAN, JOHN AND SULLIVAN, BETH | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******6265 | Checking Acct #: | ******3901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 6/23/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/15/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/25/2013 | 5007 | InnovaLaw, PC | Distribution on Claim #: ; | 3120-000 | | $85.79 | $22,325.55 |
| 03/25/2013 | 5008 | Scott, Horowitch, Pidgeon & Abrams, LLC | Distribution on Claim #: ; | 3410-000 | | $3,892.50 | $18,433.05 |
| 03/25/2013 | 5009 | PYOD LLC its successors and assigns of Citibank | Distribution on Claim #: 1; | 7100-000 | | $761.21 | $17,671.84 |
| 03/25/2013 | 5010 | PYOD LLC its successors and assigns of Citibank | Distribution on Claim #: 2; | 7100-000 | | $1,448.51 | $16,223.33 |
| 03/25/2013 | 5011 | RBS Citizens, N.A. | Distribution on Claim #: 3; | 7100-000 | | $438.17 | $15,785.16 |
| 03/25/2013 | 5012 | Chase Bank USA,N.A | Distribution on Claim #: 4; | 7100-000 | | $7.28 | $15,777.88 |
| 03/25/2013 | 5013 | Chase Bank USA, N.A. | Distribution on Claim #: 5; | 7100-000 | | $403.36 | $15,374.52 |
| 03/25/2013 | 5014 | Chase Bank USA, N.A. | Distribution on Claim #: 6; | 7100-000 | | $1,145.47 | $14,229.05 |
| 03/25/2013 | 5015 | American Express Bank FSB | Distribution on Claim #: 7; | 7100-000 | | $1,553.15 | $12,675.90 |
| 03/25/2013 | 5016 | American Express Centurion Bank | Distribution on Claim #: 8; | 7100-000 | | $1,165.88 | $11,510.02 |
| 03/25/2013 | 5017 | DISCOVER BANK | Distribution on Claim #: 9; | 7100-000 | | $440.30 | $11,069.72 |
| 03/25/2013 | 5018 | RBS Citizens | Distribution on Claim #: 10; | 7100-000 | | $2,043.39 | $9,026.33 |
| 03/25/2013 | 5019 | U.S. Bank N.A. | Distribution on Claim #: 11; | 7100-000 | | $660.78 | $8,365.55 |
| 03/25/2013 | 5020 | St. Paul Travelers (Inv) | Distribution on Claim #: 12; | 7100-000 | | $2,876.40 | $5,489.15 |
| 03/25/2013 | 5021 | PRA Receivables Management, LLC | Distribution on Claim #: 13; | 7100-000 | | $1,027.34 | $4,461.81 |
| 03/25/2013 | 5022 | Flowline Tool & Mold, Inc | Distribution on Claim #: 14; | 7100-000 | | $984.42 | $3,477.39 |
| 03/25/2013 | 5023 | PNCEF, LLC dba PNC Equipment Finance | Distribution on Claim #: 15; | 7100-000 | | $3,477.39 | $0.00 |
| | | | | **SUBTOTALS** | $0.00 | $22,411.34 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-22839-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | SULLIVAN, JOHN AND SULLIVAN, BETH | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******6265 | Checking Acct #: | ******3901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 6/23/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/15/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | **TOTALS:** |  | $46,488.83 | $46,488.83 | $0.00 |
|  |  |  | **Less: Bank transfers/CDs** |  | $40,274.15 | $0.00 |  |
|  |  |  | **Subtotal** |  | $6,214.68 | $46,488.83 |  |
|  |  |  | **Less: Payments to debtors** |  | $0.00 | $0.00 |  |
|  |  |  | **Net** |  | $6,214.68 | $46,488.83 |  |

**For the period of 6/23/2009 to 8/15/2013**

| | |
|---|---|
| Total Compensable Receipts: | $6,214.68 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,214.68 |
| Total Internal/Transfer Receipts: | $40,274.15 |
| | |
| Total Compensable Disbursements: | $46,488.83 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $46,488.83 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/07/2012 to 8/15/2013**

| | |
|---|---|
| Total Compensable Receipts: | $6,214.68 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,214.68 |
| Total Internal/Transfer Receipts: | $40,274.15 |
| | |
| Total Compensable Disbursements: | $46,488.83 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $46,488.83 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-22839-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | SULLIVAN, JOHN AND SULLIVAN, BETH | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******6265 | Money Market Acct #: | ******0265 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 6/23/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/15/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/19/2010 | (32) | SUSAN TULLAR | NOVEMBER RENT | 1222-000 | $3,000.00 | | $3,000.00 |
| 01/19/2010 | (32) | SUSAN TULLAR | DECEMBE RENT | 1222-000 | $3,000.00 | | $6,000.00 |
| 01/29/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.07 | | $6,000.07 |
| 02/02/2010 | (32) | SULLIVAN TOOLING & REPAIR INC. | JANUARY RENT PAYMENT | 1222-000 | $3,000.00 | | $9,000.07 |
| 02/26/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.32 | | $9,000.39 |
| 03/31/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | interset | 1270-000 | $0.40 | | $9,000.79 |
| 04/06/2010 | | Wire out to BNYM account ********0265 | Wire out to BNYM account ********0265 | 9999-000 | ($9,000.85) | | ($0.06) |
| 04/06/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | $0.06 | | $0.00 |
| | | | **TOTALS:** | | $0.00 | $0.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | ($9,000.85) | $0.00 | |
| | | | **Subtotal** | | $9,000.85 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $9,000.85 | $0.00 | |

| For the period of 6/23/2009 to 8/15/2013 | | For the entire history of the account between 01/19/2010 to 8/15/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $9,000.85 | Total Compensable Receipts: | $9,000.85 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,000.85 | Total Comp/Non Comp Receipts: | $9,000.85 |
| Total Internal/Transfer Receipts: | ($9,000.85) | Total Internal/Transfer Receipts: | ($9,000.85) |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | |
|---|---|---|---|
| **Case No.** | 09-22839-DRC | **Trustee Name:** | David E. Grochocinski |
| **Case Name:** | SULLIVAN, JOHN AND SULLIVAN, BETH | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Primary Taxpayer ID #:** | ******6265 | **Checking Acct #:** | ******0266 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | Checking Account |
| **For Period Beginning:** | 6/23/2009 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 8/15/2013 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **TOTALS:** | $0.00 | $0.00 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| **Subtotal** | $0.00 | $0.00 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $0.00 | $0.00 | |

**For the period of 6/23/2009 to 8/15/2013**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 01/19/2010 to 8/15/2013**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No. | 09-22839-DRC |
| Case Name: | SULLIVAN, JOHN AND SULLIVAN, BETH |
| Primary Taxpayer ID #: | ******6265 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 6/23/2009 |
| For Period Ending: | 8/15/2013 |

| | |
|---|---|
| Trustee Name: | David E. Grochocinski |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Checking Acct #: | ******0266 |
| Account Title: | Checking Account |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $47,039.39 | $47,039.39 | $0.00 |

**For the period of 6/23/2009 to 8/15/2013**

| | |
|---|---|
| Total Compensable Receipts: | $47,039.39 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $47,039.39 |
| Total Internal/Transfer Receipts: | $40,274.15 |
| | |
| Total Compensable Disbursements: | $47,039.39 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $47,039.39 |
| Total Internal/Transfer Disbursements: | $40,274.15 |

**For the entire history of the case between 06/23/2009 to 8/15/2013**

| | |
|---|---|
| Total Compensable Receipts: | $47,039.39 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $47,039.39 |
| Total Internal/Transfer Receipts: | $40,274.15 |
| | |
| Total Compensable Disbursements: | $47,039.39 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $47,039.39 |
| Total Internal/Transfer Disbursements: | $40,274.15 |